United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TECH 21 UK LIMITED, et al.,

    Plaintiffs,

    v.

SPIGEN INC.,

    Defendant.

Case No. 15-cv-05059-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 2, 2016.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 8, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 10, 2016

_____
Richard Seeborg
United States District Judge